FILED
CLERK, U.S. DISTRICT COURT

SEP 17 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMILO GILBERT FLORES,<br><br>Defendant. | Case No. 2:17-CR-00778-JAK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On September 17, 2020, Defendant Camilo Gilbert Flores ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:19-CR-00778-JAK. The Court appointed Deputy Federal Public Defender Christy O'Connor to represent Defendant.

///

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

    A.    ☒    Defendant submitted to the Government's Request for Detention;

    B.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- Background unknown as Defendant refused to be interviewed;
- Bail resources unknown.

    C.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- Extensive criminal history;
- Circumstances of arrest;
- Nature of instant allegations.

III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: September 17, 2020

/s/
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

2